# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RONALD WHEELER, | : | No. 49 MM 2016 |
| Petitioner | : | |
| v. | : | |
| COMMON PLEAS COURT OF BUCKS COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Petition for Extraordinary Relief is **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is **DIRECTED** to forward this filing to counsel of record.